UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 18-20023-CIV-MORENO

INCARCERATED ENTERTAINMENT, LLC
and EFRAIM DIVEROLI,

        Plaintiffs,

vs.

MATTHEW BEVAN COX,

        Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon a *sua sponte* review of the record.

This case is duplicative of two related cases in the Middle District of Florida: (1) 8:16-cv-01302-MSS-ASS (presently on appeal before the United States Court of Appeals for the Eleventh Circuit) and (2) 8:17-cv-03108-MSS-JSS. Accordingly, it is

**ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE, with leave to refile this case in the United States District Court for the Middle District of Florida. It is also

**ADJUDGED** that all pending motions are DENIED AS MOOT with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of February, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Matthew Bevan Cox, Pro Se
40171-018
Coleman Low Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521